```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```
───────────────────────────────────────

**ANGEL JAVIER,**

                Plaintiff,

    - against -

**424 FIFTH AVENUE LLC, ET AL.,**

                Defendants.

21-cv-8462 (JGK)

ORDER

───────────────────────────────────────

**JOHN G. KOELTL, District Judge:**

The parties are directed to submit a Fed. R. Civ. P. 26(f) report by January 7, 2022. The conference scheduled for December 21, 2021 is canceled.

**SO ORDERED.**

Dated:    New York, New York
           December 16, 2021

                              /s/ John G. Koeltl
                               John G. Koeltl
                         United States District Judge