UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

ANGEL JAVIER,                                21-cv-8462 (JGK)

        Plaintiff,                       ORDER

    - against -

424 FIFTH AVENUE LLC, ET AL.,

        Defendants.

---

JOHN G. KOELTL, District Judge:

    Pursuant to the scheduling order entered on May 11, 2022 (ECF No. 26), the time for the parties to submit a pretrial order was February 10, 2023. To date, no pretrial order has been filed. The time for the parties to submit their pretrial order is extended to **March 15, 2023**. Ready trial, 48 hours notice, 14 days after submission of the pretrial order. If the parties do not intend to file a pretrial order, then they should submit a letter apprising the Court of the status of this action by the same date.

SO ORDERED.

Dated:    New York, New York
           February 25, 2023

                                          John G. Koeltl
                                United States District Judge