```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```
------------------------------------------------------------

ANGEL JAVIER,

                Plaintiff,

- against -

424 FIFTH AVENUE LLC, ET AL.,

                Defendants.

21-cv-8462 (JGK)

ORDER

------------------------------------------------------------

JOHN G. KOELTL, District Judge:

The parties may complete discovery by **May 26, 2023**. Any dispositive motions are due by **June 16, 2023**. The Joint Pre-Trial Order and any motions in limine, voir dire, or requests to charge are due by **July 7, 2023** or 21 days after the decision of any dispositive motions. Responses and replies are due by **July 14, 2023**. The ready trial date is set for 21 days after the submission of the Joint Pre-Trial Order.

SO ORDERED.

Dated:    New York, New York
           March 21, 2023

                                            /s/ John G. Koeltl
                                            John G. Koeltl
                                        United States District Judge